USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NAMEL NORRIS,

    Plaintiff,

vs.                                             CASE NO. 1:22-cv-10457-MKV

MONONOKE INC., a New York corporation,
d/b/a BERON BERON, and 164 FIRST
AVENUE OWNER LLC, a New York limited
liability company,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, NAMEL NORRIS, and Defendant, MONONOKE INC., a New York corporation, d/b/a BERON BERON, who, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement, and pursuant to the provisions of Rule 41(a)(l) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above-captioned action, with prejudice, with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 1st day of September, 2023.

| | |
|---|---|
| By: _____ <br> Ben-Zion Bradley Weitz, Esq. <br> The Weitz Law Firm, P.A. <br> 18305 Biscayne Blvd., Suite 214 <br> Aventura, Florida 33160 <br> Telephone: (305) 949-7777 <br> Fax: (305) 704-3877 <br> Email: BBW@weitzfirm.com <br> *Attorneys for Plaintiff* | By: _____ <br> Jonathan B Lefkowitz, Esq. <br> Jonathan Lefkowitz, Attorney at Law <br> 151 1st Avenue, #214 <br> New York, NY 10003 <br> Telephone: (646) 216-8380 <br> Fax: (646) 736-0401 <br> Email: jon@lefkowitz-law.com <br> *Attorneys for Defendant,* <br> *MONONOKE INC.* |

**SO ORDERED:**

_____
Mary Kay Vyskocil, U.S.D.J.

Date: 9/8/2023